IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **GRACIE G. WICHTENDAHL SUAREZ,** | * |
| *Plaintiff*, | * |
| v. | *   Case No. 1:23-cv-02673-JRR |
| **CODY RHODES,** *et al.*, | * |
| *Defendants.* | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM OPINION AND ORDER

Plaintiff Gracie G. Wichtendahl Suarez initiated this action against Defendants Maryland State Police and State of Maryland (collectively, "State Defendants"), as well as Defendants Cody Rhodes and Washington County Sheriff's Department (collectively, "County Defendants"), in the United States District Court for the Eastern District of Virginia.  (ECF No. 1.)  On August 30, 2023, the County Defendants filed (in the Eastern District of Virginia) a motion to dismiss for lack of personal jurisdiction and improper venue, or in the alternative, to transfer venue.  (ECF No. 14.)  On October 2, 2023, the case was transferred to this court.  (ECF No. 24.)

Thereafter, on October 31, 2023, the State Defendants filed a Motion to Dismiss for Failure to State a Claim (ECF No. 40) and the County Defendants filed a Motion to Dismiss for Failure to State a Claim.  (ECF No. 41.)  On November 27, 2023, Plaintiff filed a Motion to Strike and Response in Opposition to the Motions at ECF Nos. 40 and 41.  (ECF No. 44.)

In the Motion at ECF No. 41, the County Defendants note:

> Before delving into the merits of Plaintiff's Complaint, it is necessary to clarify the state of the pleadings. On January 27, 2023, Plaintiff filed her Complaint in the United States District Court for the Eastern District of Virginia. ECF No. 1. After several extensions, on July 21, 2023, Plaintiff was issued summonses for all

> Defendants. ECF No. 8. On August 9 and August 10, 2023, Plaintiff served Defendants with, among other things, summonses, the Complaint, an unfiled Amended Complaint, and a letter from Plaintiff asking that the Eastern District of Virginia's Clerk's Office "file [her] First Amended Complaint and prepare summons [sic] to serve Defendant's[sic]." *See* Ex. 1, Unfiled Amended Complaint; Ex. 2., Letter to EDVA Clerk's Office. Although the unfiled Amended Complaint was served along the with Complaint, the document was never docketed and does not appear on the Court's CM/ECF docket. Accordingly, because the original Complaint is the only pleading that was properly filed and the only pleading that appears on the Court's docket, it is the operative pleading in this case.

(ECF No. 41-1 at 4.)

In response, Plaintiff states:

> Plaintiff opposes to Defendants' argument, the operative pleading is not limited to the original Complaint filed on January 27, 2023. Plaintiff served Defendants with a filed stamped copy of her Amended Complaint on August 9 and August 10, 2023. While the Amended Complaint does not reflect on ECF, it includes exhibits relevant to the claims, and it was hand-delivered and stamped on July 7, 2023 by the Clerk of Court at the U.S. District Court for the Eastern District of Virginia. The Court should consider the filed stamped Amended Complaint as the operative pleading, as it clarifies and strengthens Plaintiff's claims, and to date no answer or responsive pleading has been served. (*See Plaintiff's Exhibit 2 – MTD Exhibit 1-6*).

(ECF No. 44-1 at 12.)  Plaintiff further attaches the First Amended Complaint (stamped "Received") and a letter dated July 7, 2023, from Plaintiff to the Clerk of Court of the Eastern of District of Virginia, requesting that the court docket Plaintiff's First Amended Complaint.  (ECF No. 44-3 at 2-8.)

As of the date of this order, the First Amended Complaint is still not on the docket.  Further, at the time of Plaintiff's filing of the First Amended Complaint (July 7, 2023) Plaintiff had not yet served Defendants and, therefore, she was permitted to amend her complaint without leave of court pursuant to Rule 15(a)(1).  FED. R. CIV. P. 15(a)(1) ("A party may amend its pleading once as a

2

matter of course" within 21 days of serving it, or "if the pleading is one to which a responsive pleading is required, 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier.").

Accordingly, it is this 26th day of June 2024:

**ORDERED** that Madam Clerk shall docket Plaintiff's First Amended Complaint at ECF No. 44-3. Defendants shall respond to the First Amended Complaint in accordance with the applicable Federal Rules of Civil Procedure and Local Rules of this court; and further it is

**ORDERED** that Defendants Maryland State Police and State of Maryland's Motion to Dismiss for Failure to State a Claim (ECF No. 40) and Defendants Cody Rhodes and Washington County Sheriff's Department's Motion to Dismiss for Failure to State a Claim (ECF No. 41), and Plaintiff's Motion to Strike (ECF No. 44) shall be, and are hereby, **DENIED AS MOOT.**

Madam Clerk shall transmit a copy of this memorandum opinion and order to Plaintiff and defense counsel of record.

/s/

_____
Julie R. Rubin
United States District Judge